IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jeremy Brown, | ) | |
| | ) | |
| Plaintiffs | ) | 14-CV-175 |
| | ) | |
| -vs- | ) | *(Judge Tharp)* |
| | ) | |
| County of Cook, et al., | ) | *(Magistrate Judge Gilbert)* |
| | ) | |
| Defendants | ) | |

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that an attorney for petitioner Jacqueline Brown will appear before the Honorable Jeffrey T. Gilbert on Thursday, March 26, 2015 at 9:15 a.m. and request entry of the order requested in her MOTION TO QUASH.

    /s/ <u>Kenneth N. Flaxman</u>
    Kenneth N. Flaxman
    ARDC No. 08830399
    Joel A. Flaxman
    200 S Michigan Ave, Ste 201
    Chicago, IL 60604
    (312) 427-3200

    *Attorneys for Jacqueline Brown*